PICKWICK REALTY CO., APPELLANT, v. HOUSING APPEALS BD., CITY OF COLUMBUS, OHIO, ET AL., APPELLEES.

[Cite as Pickwick Realty Co. v. Housing Appeals Bd., 15 Ohio St. 2d 214.]

(No. 40866—Decided July 17, 1968.)

*Mr. Henry Clay Scott,* for appellant.
*Mr. John C. Young, Mr. Alba L. Whiteside* and *Mr. William J. Melvin,* for appellees.

*Per Curiam.* On the authority of *Gates Co. v Housing Appeals Bd. of the City of Columbus,* 10 Ohio St. 2d 48, the judgment of the Court of Appeals is reversed and the cause is remanded to the Common Pleas Court with instructions to set aside and annul the orders of the appellees against appellant.

*Judgment reversed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.